**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-8061**

---

PERRY L. CRAWFORD, SR.,

                            Plaintiff - Appellant,

    versus

RICK JACKSON; ELLAGENE DIXON, Head Nurse;
SAMUEL DAWKINS, Medical Director,

                            Defendants - Appellees.

---

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Graham C. Mullen, Chief District Judge. (CA-01-601-3-MU)

---

Submitted: April 25, 2002          Decided: May 2, 2002

---

Before WILLIAMS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Perry L. Crawford, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Perry L. Crawford, Sr. appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Crawford v. Dixon, No. CA-01-601-3-MU (W.D.N.C. Nov. 9, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED